AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| TANMAYA KABRA | ) Case No. 19-2257-MBB |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 2017 and June 2019__ in the county of __Suffolk__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §1343 | Wire Fraud |
| 18 U.S.C. §1344 | Bank Fraud |

This criminal complaint is based on these facts:
See the attached affidavit of FBI Special Agent Kevin Sheahan.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Kevin M. Sheahan, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/04/2019

_____
Judge's signature

City and state: Boston, Massachusetts / Brookline

The Honorable Marianne B. Bowler, USMJ
*Printed name and title*