IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 19-mj-2257-MBB |
| | ) | |
| TANMAYA KABRA, | ) | |
| | ) | |
| Defendant | ) | |

## GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

The United States of America hereby moves this Court to direct that the complaint, supporting affidavit, and any other paperwork related to the above-referenced matter be unsealed and made available in the public record. In support of this motion, the government states that on August 4, 2019, the defendant was arrested. Accordingly, there is no further reason to keep this matter secret.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Christopher Looney*
Christopher Looney
Assistant U.S. Attorney

Date: August 5, 2019