UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TANMAYA KABRA,<br><br>    Defendant. | NO. 19-MJ-02257-MBB |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Mark A. Berthiaume of the law firm of Greenberg Traurig LLP, as counsel for defendant in the above-captioned matter.

**RESPECTFULLY SUBMITTED:**
TANMAYA KABRA, Defendant,

By his attorney:

/s/ *Mark A. Berthiaume*
Mark A. Berthiaume (BBO #041715)
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000
(617) 310-6001 (fax)
E-mail: berthiaumem@gtlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed August 15, 2019, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicted as non registered participants.

/s/ *Mark A. Berthiaume*
Mark A. Berthiaume