UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 19-mj-2257-MBB |
| | ) | |
| TANMAYA KABRA, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR LEAVE TO WITHDRAW APPEARANCE

The undersigned Assistant United States Attorney respectfully requests leave to withdraw his appearance in the above-captioned matter. In support of this request, the undersigned states that the United States will continue to be represented in this matter by Assistant United States Attorney Christopher Looney.

WHEREFORE, the undersigned respectfully requests that the Court ALLOW this motion.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

Dated: August 23, 2019    By: */s/ Jordi de Llano*
Jordi de Llano
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

Dated: August 23, 2019                  */s/ Jordi de Llano*
                                                 Assistant U.S. Attorney