UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Case No. 19-mj-02257-MBB |
| TANMAYA KABRA,<br>  Defendant. | ) ) ) ) ) | |

## MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The Government, by and through undersigned counsel, hereby moves the Court to exclude the time under the Speedy Trial Act between August 5, 2019 and August 23, 2019 pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (H).  The defendant, Tanmaya Kabra, was arrested on August, 4, 2019.  On August 5, 2019, the Government moved for an order of detention pending trial pursuant to 18 U.S.C. § 3142(f)(2).  Dkt. No. 10.  The court held an evidentiary hearing on the Government's motion on August 7, 2019 and, at the conclusion of the hearing, took the matter under advisement.  Dkt. No. 13.  On August 23, 2019, the Court issued an Order granting the Government's motion for detention.  Dkt. No. 19.

Periods of delay "resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion" and "attributable to any period, not to exceed thirty days, during which any proceeding concerning the defendant is actually under advisement by the court" "shall be" excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(1)(D), (H).

The Government accordingly requests that the Court enter an Order excluding the time from August 5, 2019 through August 23, 2019.

Undersigned counsel conferred with counsel for Mr. Kabra concerning the relief requested in this Motion. Counsel for the defendant indicated that this request is not assented-to.

                    Respectfully submitted,

                    UNITED STATES OF AMERICA,

                    By its attorney,

                    ANDREW E. LELLING
                    United States Attorney

                    */s/ Chris Looney*
                    Christopher Looney
                    Assistant United States Attorney
                    408 Atlantic Avenue, Suite 530
                    Boston, MA 02210
                    617.748.3287

Dated: August 23, 2019

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                    */s/ Chris Looney*
                    Christopher Looney
                    Assistant United States Attorney

Dated: August 23, 2019